ACCEPTED
03-17-00873-CV
21628458
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 10:13 AM
JEFFREY D. KYLE
CLERK

No. 03-17-00873-CV

# In the
# Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 10:13:35 AM
JEFFREY D. KYLE
Clerk

IN RE OCAMPO PARTNERS, LTD., BELCO EQUITIES, INC.,
RIVERHORSE EQUITIES II, LTD., AND DOUGLAS MCDERMOTT AS TRUSTEE OF THE
RUDY BELTON MANAGEMENT TRUST

On Petition for Writ of Mandamus from the
126th District Court of Travis County, Texas,
Cause No. D-1-GN-17-002572, Hon. John K. Dietz, Judge Presiding

**RELATORS' RESPONSE TO REAL PARTIES IN INTEREST'S
UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

Relators Ocampo Partners, Ltd. ("Ocampo"), Belco Equities, Inc. ("Belco"),

Riverhorse Equities II, Ltd. ("Riverhorse II"), and Douglas McDermott, as Trustee

of the Rudy Belton Management Trust u/t/a Dated May 5, 2015 ("McDermott"),

respond to Real Parties in Interest's Motion for Extension of Time to File

Response to Petition for Writ of Mandamus in order to advise the Court of and to

clarify Relators' position in relation to the Real Parties In Interest's Motion.

Relators do not oppose the two-week extension requested by the Real Parties in

Interest in the Motion, provided that the Court also stays all discovery, pursuant to

1

Relators' Emergency Motion for Temporary Relief granted by the Court on December 29, 2017, for an additional two weeks (from January 22, 2018 to February 5, 2018). The Real Parties in Interest do not oppose the two-week stay of all discovery in the underlying dispute.

Relators further request any other relief to which they may be entitled.

Respectfully submitted,

By: /s/ Geoffrey D. Weisbart
    Geoffrey D. Weisbart
    Texas Bar No. 21102645
    gweisbart@wshllp.com
    Mia A. Storm
    Texas Bar No. 24078121
    mstorm@wshllp.com
    Matt C. Wood
    Texas Bar No. 24066306
    mwood@wshllp.com
    WEISBART SPRINGER HAYES LLP
    212 Lavaca Street, Suite 200
    Austin, Texas 78701
    512.652.5780
    512.682.2074 fax

ATTORNEYS FOR OCAMPO PARTNERS, LTD., BELCO EQUITIES, INC. AND RIVERHORSE EQUITIES II, LTD.

By: /s/ Randall C. Owens

Jason S. Scott
State Bar No. 24029228
jsscott@ohkslaw.com
OSBORNE, HELMAN, KNEBEL & SCOTT, LLP
301 Congress Avenue, Suite 1910
Austin, Texas 78701
Telephone: (512) 542-2028
Facsimile: (512) 542-2011

Randall C. Owens
State Bar No. 15380700
owens@wrightclose.com
WRIGHT & CLOSE, L.L.P.
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 fax

ATTORNEYS FOR DEFENDANT DOUGLAS
MCDERMOTT AS TRUSTEE OF THE RUDY
BELTON MANAGEMENT TRUST

3

# CERTIFICATE OF SERVICE

In compliance with Rule 9.5(a), 9.5(d) and 9.5(e) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing has been served upon the below-named individuals as indicated below as prescribed by Rule 9.5(b) of the Texas Rules of Appellate Procedure on January 5, 2018.

Eric Taube
Jamie McGonigal
WALLER LANSDEN DORTCH & DAVIS LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
512.685.6400
512.685.6417 fax
eric.taube@wallerlaw.com
jamie.mcgonigal@wallerlaw.com

**ATTORNEYS FOR REAL PARTIES IN INTEREST / PLAINTIFFS**

Daniel R. Richards
Clark Richards
Daniel Riegel
RICHARDS RODRIGUEZ & SKEITH, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
512.476.0005
512.476.1513 fax
drichards@rrsfirm.com
crichards@rrsfirm.com
driegel@rrsfirm.com

**ATTORNEYS FOR OTHER DEFENDANT DOUGLAS MCDERMOTT, INDIVIDUALLY**

/s/ Geoffrey D. Weisbart
Geoffrey D. Weisbart